## ALAN BROCKENBERRY *v.* THOMAS DEEGAN ET AL.
### (AC 31955)

DiPentima, C. J., and Bishop and Bear, Js.

Submitted on briefs December 7, 2010—officially released January 11, 2011

Per Curiam. The decision is affirmed.

## ANTONIO BARNES *v.* COMMISSIONER OF CORRECTION
### (AC 31975)

Bishop, Bear and Lavery, Js.

Submitted on briefs January 10—officially released February 1, 2011

Per Curiam. The appeal is dismissed.

## FRANK GULIA, JR., TRUSTEE *v.* CITY OF BRIDGEPORT ET AL.
### (AC 31869)

DiPentima, C. J., and Lavine and Flynn, Js.

Argued January 5—officially released February 1, 2011

Per Curiam. The judgment is affirmed.